SOUTHERN THEATRES CORPORATION *v.* MARTIN, mayor, *et al.*

BELL, Justice. 1. This case falls within the general rule that the writ of injunction will not be issued to restrain a criminal prosecution. The court did not err in sustaining the general demurrer and dismissing the petition as amended. *Asa G. Candler Inc.* v. *Atlanta,* 178 *Ga.* 661 (174 S. E. 129); *Sosebee* v. *Demorest,* 182 *Ga.* 338 (185 S. E. 330); *Chivilis* v. *West,* 182 *Ga.* 379 (185 S. E. 348); *Hornsby* v. *Bristow,* 185 *Ga.* 577 (196 S. E. 25); *Walnut Transfer & Storage Co.* v. *Harrison,* 185 *Ga.* 720 (196 S. E. 432); *Brimer* v. *Jones,* 185 *Ga.* 747 (196 S. E. 435); *Jewel Tea Co.* v. *Cartersville,* 185 *Ga.* 799 (196 S. E. 712).

2. In view of recitals in the order sustaining the demurrer and in the bill of exceptions, the case must be treated as one in which the demurrer to the original petition was renewed after the amendments.

*Judgment affirmed. All the Justices concur.*

No. 12889. SEPTEMBER 16, 1939. REHEARING DENIED OCTOBER 13, 1939.

*W. George Thomas,* for plaintiff. *C. L. Daughtry,* for defendants.